IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Case No. 1:23-cv-00910-SEG

AUGUST IMAGE, LLC,

    Plaintiff,

v.

ALLWRITE COMMUNICATIONS
INC. d/b/a HERS MAGAZINE,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff August Image, LLC ("Plaintiff") and defendant AllWrite Communications Inc. d/b/a hers Magazine ("Defendant") hereby give notice that the parties have reached a settlement in principle that fully resolves this lawsuit. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: December 10, 2025.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>james@copycatlegal.com<br>pleadings@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ James D'Loughy<br>    James D'Loughy, Esq.<br>    Georgia Bar No. 202974<br>    *Of Counsel* | ALDERMAN & HUTCHERSON, LLC<br>Samuel G. Alderman, III<br>487 Cherry Street, Suite 250<br>Macon, GA 31201<br>Telephone: (478) 476-8998<br>Facsimile: (413) 669-8537<br>sgaiii@bellsouth.net<br><br>*Attorneys for Defendant*<br><br>By: /s/Samuel G. Alderman, III<br>    Signed with express permission,<br>    Samuel G. Alderman, III, Esq.<br>    Georgia Bar No. 008240 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ James D'Loughy
James D'Loughy, Esq.